IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL   DIVISION

United States of America,                     )
                    Plaintiff,        )
                              )
        v.                            )        No.   2:12-cr-04027-FJG-1
                              )
Jose Guadalupe Camarena-Jacinto,    )
                   Defendant.    )

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge

Matt J. Whitworth (Doc. #1 filed on June 4, 2012), to which no objection has been filed,

the plea of guilty to Count 1 of the Indictment which was filed on March 21, 2012, is now

accepted.   Defendant is adjudged guilty of such offense(s).   Sentencing will be set by

subsequent order of the court.


                                   ***/s/ Fernando J. Gaitan, Jr.***
                                   Fernando J. Gaitan, Jr.
                                   Chief United States District Judge

Dated:   June 28, 2012
Kansas City, Missouri